UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> *Defendant*. | Civil Action No. 22-3187 (CJN) |

**JOINT STATUS REPORT**

Pursuant to the Court's January 4, 2023, Minute Order, the parties have conferred and provide the following Joint Status Report. This Freedom of Information Act ("FOIA") action concerns a request Plaintiff submitted to the Department of Justice's Office of Information Policy ("OIP") for records related to allegations of Customs and Border Protection agents engaging migrants attempting to cross the border near the Rio Grande River in Texas. *See* Compl. ¶ 7, ECF No. 1.

As previously reported, OIP has completed processing Plaintiff's request and has provided Plaintiff with a draft *Vaughn* Index for Plaintiff's review. The parties are continuing to meet and confer on the final determinations made by Defendant and are attempting to eliminate or narrow any issues. Plaintiff has indicated that it will not be disputing OIP's search.

Given this status, the parties believe that summary judgment briefing and filing of a *Vaughn* Index is premature at this time. Pursuant to the Court's January 4, 2023, Minute Order, the parties will file another Joint Status Report on or before April 11, 2025, to update the Court on the status of the parties' discussions, and if necessary, will propose a briefing schedule.

Dated: February 10, 2025

__/s/ *Samuel Everett Dewey*_____
SAMUEL EVERETT DEWEY (No. 999979)
Chambers of Samuel Everett Dewey, LLC
2200 12th Court North No. 609
Arlington, VA 22201
Telephone: (703) 261-4194
Email: samueledewey@sedchambers.com

ROMAN JANKOWSKI
(No. 975348)
The Heritage Foundation
Telephone: (202) 489-2969
Email: Roman.Jankowski@heritage.org

*Counsel for Plaintiffs*

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   */s/ Erika Oblea*_____
ERIKA OBLEA, D.C. Bar No. 1034393
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2567
erika.oblea@usdoj.gov

*Counsel for Defendant*